UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :

CARMEN TAVAREZ-VARGAS, *individually and on*
*behalf of all others similarly situated*         :

                                       :

                         Plaintiff,      :          21-CV-9995 (JMF)

                                       :

           -v-                       :          ORDER

                                       :

THE BRIDE BOX, INC.,                 :

                                       :

                    Defendant.     :

                                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 29, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant filed an answer on February 22, 2022. ECF No. 10. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **March 21, 2022**. Defendant's counsel shall also promptly file a notice of appearance on the docket.

      SO ORDERED.

Dated: March 14, 2022
      New York, New York                               
                                          JESSE M. FURMAN
                                      United States District Judge